U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 31 2005

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| HAROLD JOE BLACK | DOCKET NO. 1:04 CV 2489 |
| | SECTION P |
| VS. | JUDGE DRELL |
| TIM WILKINSON, ET AL. | MAGISTRATE JUDGE KIRK |

## JUDGMENT OF DISMISSAL

After an independent review of the record, including the objections filed by the Plaintiff, and in concurring with the reasoning of the Magistrate Judge in the Report and Recommendation filed previously herein,

**IT IS ORDERED** that this civil rights action is **DENIED AND DISMISSED WITH PREJUDICE as frivolous;**

**IT IS FURTHER ORDERED** the disciplinary challenge claim is **DENIED AND DISMISSED WITH PREJUDICE as frivolous** until <u>Heck</u> conditions are met.

**THUS DONE AND SIGNED**, in chambers, at Alexandria, Louisiana on this 30TH day of August, 2005.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE